UNION COUNTY REGIONAL HIGH SCHOOL TEACHERS ASSOCIATION, INC. v. UNION COUNTY REGIONAL HIGH SCHOOL BOARD OF EDUCATION.

July 30, 1976. Motion for leave to appeal is granted; and the Appellate Division is directed to grant leave to appeal in the interlocutory matter presently pending before it and consider that matter on the merits.

STATE OF NEW JERSEY v. RUBIN CARTER.

July 30, 1976. Motion for leave to appeal is granted; the Appellate Division is reversed and that portion of the order of the trial court limiting defendant's travel outside of the State of New Jersey is reinstated.

LONGPORT ASSOCIATES v. LEON LEOPARDI.

June 4, 1976. Petition for certification is dismissed as having been improvidently granted.